Eric Aaron Lighter
P.O. Box 2556
Honolulu, Hawaii 96804
Telefax: (808) 533-8801
Pro Se

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| IN RE MAHEALANI V. OLIVER ) | MC 09-00120 HG-LEK |
| ) | |
| IN RE ERIC AARON LIGHTER ) | ERIC AARON LIGHTER'S AMENDED |
| ) | MEMORANDUM IN SUPPORT OF JUNE 19, |
| ) | 2009 REQUEST HEREIN; CERTIFICATE OF |
| ) | SERVICE |
| ) | |

ERIC AARON LIGHTER AMENDED MEMORANDUM IN SUPPORT OF
JUNE 19, 2009 REQUEST HEREIN

I, ERIC AARON LIGHTER ("Lighter"), under penalty of perjury, deny that I delivered any documents to this Court herein. On June 19, 2009, Lighter filed herein,

Declaration of Eric Aaron Lighter Denying Delivery of Any Documents to This Court Herein; Exhibit "1"; Certificate of Service ("Request").

On July 9, 2009, Lighter filed herein,

Declaration of Eric Aaron Lighter In Support Of June 19, 2009 Request Herein; Exhibits "1" - "3"; Certificate Of Service ("Request 2").

Lighter affirms said Request and Request 2. Lighter hereby amends with the instant memorandum, the memorandum filed July 11, 2009 herein, entitled,

Eric Aaron Lighter's Memorandum In Support Of June 19, 2009 Request Herein; Certificate Of Service.

Since the middle of April, 2009, Lighter and Diamond Credit Bureau, Inc. ("DCBI") have granted waiver of objection and/or consent to the heirs of Alexander Birch (In re: Birch, Probate No. 44, HI 2 nd Cir.) pledging $3 million of the debt due them from Lighter and DCBI. Said pledge was given to the United States for (1) any tort damages of Mahealani Ventura-Oliver ("MVO"), et al., (2) taxes incurred by any Birch heirs, and (3) attorneys fees and costs, for such debts as of the date of delivery of said pledge.

Lighter has reviewed, *inter alia*, the memorandum and motion to strike the Magistrate's findings and recommendation filed by two of the Birch heirs, in In re: John Oliver, Misc. 09-99 HG-KSC, USDC HI, and the Affidavits of MVO and John Oliver thereto. It is clear that at least some of the Hawaiiloa Foundation gifts and/or donations and/or contributions were used for personal expenses of at least some of the Birch heirs. Based on information and belief, Lighter believes and therefore avers that the Hawaiiloa Foundation is not a "tax-exempt" entity, nor does it have a Federal I.D. number.

Lighter is aware from the record that various directors of the Hawaiiloa Foundation filed a Maui police report for the alleged embezzlement of $400,000 by Petro and Lehua Hoy. On April 7, 2009 the Federal Bureau of Investigation ("FBI") and the Internal Revenue Service Criminal Investigation Division ("IRS-CID") seized, *inter alia*, approximately $50,000 cash and perhaps another $50,000 in other assets from the Hawaiiloa Foundation and/or certain Birch heirs; although there are claims of record for such other assets, which allege much higher values therefore. By all appearances, the main "targets" of the FBI and IRS-CID appear to be MVO and John Oliver. According to the federal responses of record in this venue, it appears that the United States considers the Hawaiiloa Foundation the "alter ego" of MVO, et al., or an IRS collapsed (for tax purposes) grantor or other type trust.

Therefore, there appears to be overlapping admissions by hundreds of people to at least $450,000 in "gifts", which is taxable income. However, based on affidavits of value filed of record, and the actual accounting for all "gifts" over the last few years, the total taxable income could be much higher.

To the extent that said taxable income is the liability of any Birch heirs, as a result of the abovesaid mid-April 2009 pledge same is also the liability of Lighter and DCBI.

In order to assist in the timely collection of all such taxes, and related penalties and interest, the original maturity and due date for the balance remaining on the $3,500,000 debt due from Lighter and DCBI to the Birch heirs is hereby shortened from 35 years to exactly six (6) years from the date hereof, see commentary for Hawaii Revised Statutes Section 657-1. The other terms remain unchanged. No remedies or claims are waived.

DCBI currently has multiple shareholders, but 80% of the outstanding shares have consented to the herein.

One or more corporations with assets will guarantee the abovesaid pledge, pursuant to communications directly with the United States.

Lighter has seen the United States refuse to collect taxes assessed and due in cases involving Lighter, surely out of retaliation for Lighter's whistleblowing that assisted and/or contributed in investigations which culminated in the Hawaii based decisions, <u>Dixon v. Commissioner</u>, 316 F.3d 1041 (CA9 2003) as amended, and <u>Larry L. Hartman v. Commissioner</u>, T.C. Memo 2008-124. Lighter hopes the United States will finally collect such taxes due.

DATED: Honolulu, Hawaii, July 12, 2009.

_____
ERIC AARON LIGHTER, Pro Se

Agreed to the above new debt due date:

Diamond Credit Bureau, Inc.

By_____ Its President 7-12-2009
Dean Robin

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was duly mail by first class mail, postage prepaid, to the following:

Lawrence L. Tong, Esq.
Office of U.S. Attorney
300 Ala Moana Blvd., Suite 6100
Honolulu, Hawaii 96850

Mahealani Ventura-Oliver
P. O. Box 2624
Wailuku, Hawaii 96793

DATED: Honolulu, Hawaii, July 12, 2009.

ERIC AARON LIGHTER, Pro Se

4